# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. PARNELL,<br><br>    Plaintiff,<br><br>    v.<br><br>WASCO STATE PRISON, et al.,<br><br>    Defendants. | Case No.  1:16-cv-00324-JLT<br><br>**ORDER STRIKING PLAINTIFF'S NOTICE**<br><br>**(Doc. 8)** |

       On May 25, 2016, Plaintiff, Christopher M. Parnell, filed a document: "It was requested by the court to sign for authorization regarding confidentiality of my court proceedings that pertains to injury (great bodily) under the safety & security of CDCR.  Respectfully requesting the disposition of all scheduled court proceedings, including any information/discovery. 'Brand vs. Maryland.' Sincerely Christopher Parnell."  A document requesting a court order must be styled as a motion not as a letter.  Fed. R. Civ. P. 7.  Thus, the Court **STRIKES** Plaintiff's notice from the record.

       Moreover, Plaintiff is informed that he has complied with all orders this Court has issued and his complaint is in line for screening pursuant to 28 U.S.C. § 1915A(a).  Nothing is required of Plaintiff at this time.[1]  However, Plaintiff's use of the phrase "the disposition of all scheduled

---

[1] Plaintiff is referred to the First Informational Order for information as to the manner in which cases such as this proceed.

1

court proceedings," appears to indicate that Plaintiff no longer desires to pursue this lawsuit. The word "disposition," in legal terms, means "to dispose of." If Plaintiff wishes to close this action, he may do so by filing a notice of voluntary dismissal indicating as much.

IT IS SO ORDERED.

    Dated:   **May 27, 2016**                      **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE